```
                        United States Bankruptcy Court
                         Eastern District of California
```

In re:                                                          Case No. 11-28434-E
Michael Wayne Scott                                             Chapter 13
Wendy Kathleen Scott
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0972-2          User: admin              Page 1 of 1         Date Rcvd: Jun 17, 2014
                              Form ID: pdf013          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2014.
db/jdb    +Michael Wayne Scott,    Wendy Kathleen Scott,    126 Woodard Lane,    Folsom, CA 95630-5251
aty       +Stephen C. Ruehmann,    770 L Street, Suite 950,    Sacramento, CA 95814-3361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2014 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

```
 1 | 3
 2 | DAVID P. CUSICK, #160467, TRUSTEE
   | NEIL ENMARK, #159185, attorney for Trustee
 3 | TALVINDER S. BAMBHRA, #230907, attorney for Trustee
   | P.O. Box 1858
 4 | Sacramento, California 95812-1858
   | (916) 856-8000
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| In Re: | Case No: 11-28434-E-13C |
|---|---|
| Michael Wayne Scott<br>Wendy Kathleen Scott | DC NO: DPC-1 |
| AKA:<br>DBA: | NOTICE OF DEFAULT AND<br>APPLICATION TO DISMISS |
| Debtor(s) | DATE: NONE REQUESTED |

CHAPTER 13 TRUSTEE David P. Cusick makes this application to the Court to dismiss this case because:

> **Debtor has failed to make all payments due under the plan. As of June 11, 2014, payments are delinquent in the amount of $3,724.50. An additional payment of $3,394.32 will become due on June 25, 2014. Therefore, a total amount of $7,118.82 will be due within 30 days from the date of the service of this notice.**

**NOTICE IS HEREBY GIVEN** that Local Bankruptcy Rule 3015-1(g) provides that, "if the debtor fails to make a payment pursuant to a confirmed plan, including a direct payment to a creditor, the Trustee may mail to the debtor and the debtor's attorney written notice of the default." **THIS CASE WILL BE DISMISSED** unless the debtor does one of the following:

(1) If the debtor believes that the default noticed by the Trustee does not exist, the debtor shall set a hearing within twenty-eight (28) days of the mailing of the notice of default and give at least

fourteen (14) days' notice of the hearing to the Trustee pursuant to LBR 9014-1(f)(2).  At the hearing, if the Trustee demonstrates that the debtor has failed to make a payment required by the confirmed plan, and the debtor fails to rebut the Trustee's evidence, the case shall be dismissed at the hearing.

 (2) Alternatively, the debtor may acknowledge that the plan payment(s) has(have) not been made and, within thirty (30) days of the mailing of the notice of default, either (A) make the delinquent plan payment(s) in the amount of $7,118.82 or (B) file a modified plan and a motion to confirm the modified plan.  If the debtor's financial condition has materially changed, a declaration (which may be in the format of Schedules I and J) shall be filed and served with the motion to modify the chapter 13 plan.

 **NOTICE IS FURTHER GIVEN** that if the debtor fails to set a hearing on the Trustee's notice, or cure the default by payment, or file a proposed modified chapter 13 plan and motion, or perform the modified chapter 13 plan pending its approval, or obtain approval of the modified chapter 13 plan, all within the time constraints set out above, the case shall be dismissed without a hearing on the Trustee's application.

 **YOU SHOULD CONSULT WITH YOUR ATTORNEY IF YOU HAVE ONE.**

 The Trustee has received the following payments in your case:

| Amount | Date | Source | Amount | Date | Source |
|---|---|---|---|---|---|
| $ 3,021.87 | May 24, 2011 | MO #07755 | $ 3,021.87 | Jun 28, 2011 | MO #10035 |
| $ 3,021.87 | Jul 26, 2011 | MO #08371 | $ 3,021.87 | Aug 25, 2011 | MO #08675 |
| $ 3,021.87 | Sep 27, 2011 | MO #09005 | $ 3,021.87 | Oct 26, 2011 | MO #09333 |
| $ 3,021.87 | Nov 29, 2011 | MO #09645 | $ 3,021.87 | Dec 29, 2011 | MO #12096 |
| $ 3,021.87 | Jan 26, 2012 | MO #12410 | $ 3,021.87 | Feb 28, 2012 | MO #06576 |
| $ 3,021.87 | Mar 27, 2012 | MO #06719 | $ 3,021.87 | Apr 26, 2012 | MO #05462 |
| $ 3,021.87 | May 30, 2012 | MO #13588 | $ 3,021.87 | Jun 27, 2012 | MO #13856 |
| $ 3,021.87 | Jul 27, 2012 | MO #14148 | $ 3,021.87 | Aug 28, 2012 | MO #07602 |
| $ 3,021.87 | Sep 27, 2012 | CC #14701 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| $ 3,021.87 | Oct 30, 2012 | CC #14969 | $ 3,021.87 | Nov 29, 2012 | CC #15240 |
| $ 3,021.87 | Dec 28, 2012 | CC #08297 | $ 3,021.87 | Jan 29, 2013 | CC #15739 |
| $ 3,021.87 | Feb 28, 2013 | CC #16026 | $ 3,021.87 | Mar 29, 2013 | CC #16318 |
| $ 3,021.87 | Apr 29, 2013 | CC #07473 | $ 3,021.87 | May 29, 2013 | CC #09177 |
| $ 3,021.87 | Jun 28, 2013 | CC #17251 | $ 3,021.87 | Jul 29, 2013 | CC #17569 |
| $ 3,021.87 | Aug 29, 2013 | CC #17907 | $ 3,021.87 | Sep 30, 2013 | CC #18190 |
| $ 3,021.87 | Oct 29, 2013 | CC #18459 | $ 3,021.87 | Nov 26, 2013 | CC #16719 |
| $ 3,021.87 | Dec 30, 2013 | CC #08783 | $ 3,021.87 | Feb 03, 2014 | CC #19058 |
| $ 3,021.87 | Mar 04, 2014 | CC #19398 | $ 3,021.87 | Apr 02, 2014 | CC #19673 |
| $ 3,021.87 | Apr 29, 2014 | CC #19896 | $ 3,021.87 | Jun 02, 2014 | CC #20164 |

DATED: June 12, 2014

_____
David P. Cusick, Chapter 13 Trustee